1

2

3

4

5

6

FILED
CLERK, U.S. DISTRICT COURT

NOV - 3 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

7

8

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

9

10

11  UNITED STATES OF )  Case No. *ED 09.249 M*
    AMERICA,

12                                    )

13              Plaintiff,     )  ORDER OF DETENTION AFTER
                               )  HEARING [Fed.R.Crim.P. 32.1(a)(6); 18
14       vs.                   )  U.S.C. § 3143 (a)]
    *Michelle Mullins*          )
15                              )
              Defendant.       )
16

17

18        The defendant having been arrested in this District pursuant to a warrant issued

19  by the United States District Court for the *Southern District Cal.* for

20  alleged violation(s) of the terms and conditions of his/her [probation] [supervised

21  release]; and

22        The Court having conducted a detention hearing pursuant to Federal Rule of

23  Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143 (a),

24        The Court finds that:

25  A.    ( )    The defendant has not met his/her burden of establishing by clear and

26  convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §

27  3142 (b) or (c).  This finding is based on _____

28  _____

1

1 _____

2 _____

3 and/or

4 B.   ( )   The defendant has not met his/her burden of establishing by clear and

5 convincing evidence that he/she is not likely to pose a danger to the safety of any

6 other person or the community if released under 18 U.S.C. § 3142 (b) or (c).  This

7 finding is based on: _____

8 _____

9 _____

10 _____.

11

12      IT THEREFORE IS ORDERED that the defendant be detained pending the

13 further revocation proceedings.

14

15 DATED:   11/3/09

16

17

18

19 DAVID T. BRISTOW

UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

2